BUFFINGTON v. THE STATE.

LEWIS, J. No error of law being complained of, and there being sufficient
evidence to support the verdict, this court will not interfere with the dis-
cretion of the trial judge in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted March 19,—Decided April 5, 1900.

Accusation of larceny from the house. Before Judge Prior.
City court of Hall county. February term, 1900.

H. H. Dean, for plaintiff.
F. M. Johnson, solicitor, contra.

---

POWELL v. THE STATE.

LUMPKIN, P. J. The sole complaint being that the verdict was contrary to
law and the evidence, and there being sufficient evidence to support the
jury's finding, there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted March 19,—Decided April 5, 1900.

Accusation of selling liquor. Before Judge Proffitt. City
court of Elberton. February term, 1900.

J. N. Worley, by Harrison & Bryan, for plaintiff in error.
H. J. Brewer, solicitor, contra.

---

MONROE et al. v. THE STATE.

COBB, J. The evidence for the State was not sufficiently strong against the
plaintiffs in error to more than raise a suspicion that they were guilty of
participation in the alleged larceny. This being so, and the uncontra-
dicted evidence in their behalf tending strongly to show their innocence,
the verdict of guilty was wholly unwarranted, and a new trial should
have been granted. *Judgment reversed. All the Justices concurring.*

Submitted March 19,—Decided April 5, 1900.

Indictment for larceny. Before Judge Seabrook. Liberty
superior court. January 17, 1900.

N. J. Norman and W. A. Way, for plaintiffs in error.
Livingston Kenan, solicitor-general, contra.